# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>BLACK APPLE IPHONE CELLULAR PHONE WITH A GREEN CASE AND ASSOCIATED WITH TELEPHONE NUMBER (732) 551-6292 CURRENTLY SECURED WITH LVMPD | Case No. 2:20-mj-483-NJK<br><br>**ORDER TO UNSEAL CASE**<br><br>(Docket No. 1) |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the motion to unseal case, Docket No. 1, is GRANTED.

DATED: July 10, 2020.

_____
UNITED STATES MAGISTRATE JUDGE