# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of the Search of:<br><br>Black Apple iPhone Cellular Phone with a Green Case and Associated with Telephone Number (732) 551-6292 currently secured with LVMPD | Case No.: 2:20-mj-00483-NJK<br><br>**ORDER** |

On June 10, 2020, the undersigned issued a search and seizure warrant in this matter. To date, the Government has not provided a return. Accordingly, no later than February 26, 2021, the Government is hereby **ORDERED** to provide a return to the chambers of the undersigned providing an inventory of property taken, if any.

The Clerk's office is **INSTRUCTED** to deliver a copy of this order to the United States Attorney's Office. It appears that the assigned Assistant United States Attorney is Christopher Burton.

IT IS SO ORDERED.

Dated: February 12, 2021

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge